In the Matter of the Claim of LOUIS COLE against GOLD MEDAL CONE COMPANY et al., Respondents. STATE INDUSTRIAL BOARD, Appellant.

(Submitted April 10, 1933; decided April 25, 1933.)

*John J. Bennett, Jr., Attorney-General (Roy Wiedersum* of counsel), for State Industrial Board, appellant.

*John S. Breckinridge, William H. Hotchkiss* and *William Butler* for respondents.

Order affirmed, with costs against the State Industrial Board; no opinion.

Concur: POUND, Ch. J., CRANE, LEHMAN. KELLOGG, O'BRIEN and CROUCH, JJ. Not sitting: HUBBS, J.